UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| RAYNELL CARMICHAEL, | ) CV 11-1146-GW (SH) |
| | ) |
| | ) JUDGMENT |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| VINCENT CULLIN, WARDEN, | ) |
| | ) |
| Respondent. | ) |

    Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed.

DATED: September 18, 2011

*[signature]*

GEORGE H. WU
UNITED STATES DISTRICT JUDGE